AUSA Marcia S. Cohen

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

-v-

JAMES COLLINS, Jr.,

               Defendant.

------------------------------------------------------------ X

24 mj 283

SEALED COMPLAINT

Violations of 18 U.S.C. §§ 2422(b) and 2251(a)

COUNTY OF OFFENSES:
Westchester

SOUTHERN DISTRICT OF NEW YORK, ss.:

     ERICA C. BUONOCORE, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation ("FBI") and charges as follows:

## COUNT ONE
(Attempted Enticement)

     On or about November 7, 2023, in the Southern District of New York and elsewhere, JAMES COLLINS, Jr., the defendant, knowingly, using facilities and means of interstate and foreign commerce, attempted to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in a sexual activity for which a person can be charged, to wit, JAMES COLLINS, Jr., the defendant, in communications over the internet, attempted to persuade an individual acting in an undercover capacity and posing as a 15-year-old boy ("Victim-1") to meet the defendant in Westchester County, New York, for the purpose of engaging in sexual activities.

(Title 18, United States Code, Section 2422(b).)

## COUNT TWO
(Sexual Exploitation of a Child)

     From at least on or about September 16, 2023 up to and including at least on or about November 7, 2023, in the Southern District of New York and elsewhere, JAMES COLLINS, Jr., the defendant, knowingly employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and the defendant knew and had reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce and mailed, and the visual depiction was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign

commerce by any means including by computer, and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, to wit, COLLINS, while in Westchester County, New York, persuaded a 17-year-old minor in Illinois ("Victim-2") to engage in sexually explicit activity and send COLLINS videos and photos of such activity.

The bases for my knowledge and for the foregoing charge are, in part, as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), assigned to the Westchester County Safe Streets Task Force. I have participated in numerous investigations involving crimes against children, including the receipt, possession, and/or distribution of child pornography by electronic means, sexual exploitation, and enticement of minors. I have gained expertise in these areas through training and daily work related to conducting these types of investigations.

2. I have been personally involved in the investigation of this matter. This affidavit is based upon my conversations with law enforcement agents and others, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. Based on my conversations with a detective ("Detective-1") from the New Castle Police Department ("NCPD"), an Assistant District Attorney at the Westchester County District Attorney's Office ("ADA-1") and my review of reports and documents prepared by NCPD, I am aware that, on or about July 20, 2023, a 15-year-old male ("Victim-1") reported to NCPD that he had engaged in sexual activity with an adult male at a public library ("Library-1") in Westchester County, New York, in exchange for money. In subsequent conversations with Detective-1 and ADA-1, Victim-1 stated that he met the male on Snapchat in or around July 2023 and, via communications on Snapchat, arranged to meet him at Library-1 to engage in sexual activity for money. Victim-1 stated that he met the male in a single-stall bathroom at Library-1, engaged in oral sex with him, and the male also tried to penetrate him anally. Following the sexual activity, the male gave him $200 in cash.

4. Based on my conversations with Detective-1 and my review of NCPD reports, I am aware that, on or about November 6, 2023, Victim-1 viewed a photo-array that included an image of JAMES COLLINS, Jr., the defendant, and Victim-1 identified COLLINS as the male with whom he met at Library-1. On November 7, 2023, Victim-1 gave NCPD permission to use Victim-1's Snapchat Account to contact COLLINS. Thereafter, Detective-1 unblocked the Snapchat user identified as "Jim Collins" in Victim-1's Snapchat Account. Several minutes later, at approximately 2:49 p.m., "Jim Collins" sent a message to Victim-1's Snapchat Account that said, "Hi." Detective-1, using Victim-1's Snapchat Account and posing as Victim-1, continued the conversation and agreed to meet "Jim Collins" in the bathroom at Library-1 later that day. At approximately 3:26 p.m., "Jim Collins" said he was ".on my way!" At approximately 3:42 p.m., "Jim Collins" stated, via Snapchat, that the library ".looks busy!"

Detective-1, posing as Victim-1, responded, "it's fine we didn't get caught the last time." "Jim Collins" responded, ".true." Around that same time, NCPD detectives conducting surveillance in the area observed COLLINS park a red Toyota Rav 4 at Library-1. He remained in his car and appeared to be typing on his phone. A few minutes later, COLLINS left his vehicle and entered Library-1.

5. Thereafter, "Jim Collins" said, ".couple people by the bathroom" and "All the way to the left?" Detective1- responded, "yes." At approximately 3:51 p.m., "Jim Collins" said "No one there! Ru here?" Shortly thereafter, NCPD detectives observed JAMES COLLINS, Jr., walking out of Library-1 and arrested him. Pursuant to a search incident to his arrest, NCPD detectives recovered a phone ("Phone-1"), small towel and container of Vaseline from COLLINS' person.

6. Based on my review of NCPD reports, I am aware that, following his arrest, JAMES COLLINS, Jr., the defendant, was interviewed. COLLINS, who is 67 years old, told Detective-1 that, several months ago, he had met an individual in the bathroom at Library-1 and engaged in sexual behavior including kissing, touching and mutual masturbation, and that that same individual had sent him a message that day and wanted to meet again in the bathroom.

7. Based on my review of NCPD reports and my conversations with ADA-1, I am aware that, on or about November 7, 2023, JAMES COLLINS, the defendant, was charged with Criminal Sexual Act in the Third Degree and is presently on bail.

8. Based on my conversations with ADA-1, I am aware that, on November 21, 2023, NCPD obtained a search warrant for Phone-1 authorizing a search of Phone-1 for evidence of JAMES COLLINS, Jr.'s commission of New York sex offenses relating to COLLINS' dealings with Victim-1. Based on my conversations with an FBI Task Force Officer who is specially trained in the forensic analysis of digital evidence ("TFO-1"), I am aware that TFO-1 executed the warrant on or about November 24, 2023.

9. Based on my conversations with TFO-1, I am aware that, while reviewing Snapchat data on Phone-1, TFO-1 discovered Snapchat messages exchanged between a user identified in Phone-1 as "jimc20237221" and a Snapchat user ("User-1") between in or about September 15, 2023 and November 7, 2023. During these communications, on multiple occasions, User-1 sent "jimc20237221" sexually explicit photographs and videos.

10. Based on my conversations with TFO-1, I am also aware that, while reviewing Snapchat data on Phone-1, TFO-1 also observed that there were at least nine Snapchat accounts in communication with "jimc20237221" that referenced 16-year-old males. For example, one of these Snapchat accounts had a display name, "School Boy 16." TFO-1 also observed five Snapchat accounts in communication with "jimc20237221" that referenced 15-year-old males. One of these Snapchat accounts had a display name, "Jack (15)." TFO-1 also observed three Snapchat accounts that were in communication with "jimc20237221" that referenced 14-year-old males. One of these Snapchat accounts had a display name, "14 M CA Btm." Based on my experience and training, I believe that "14 M CA Btm" was a reference to a 14-year-old male in

3

California. "Btm" is social media slang for "beat the meat" or "bottom," which refers to the recipient of anal penetration in a gay relationship.

11. On or about December 6, 2023, the Honorable Andrew E. Krause, United States Magistrate Judge for the Southern District of New York, signed a search warrant authorizing a search of Phone-1 for evidence of violations of Title 18, United States Code, Sections 2252A (activities relating to material constituting or containing child pornography), 2251(a) (sexual exploitation), and 2422(b) (coercion and enticement).

12. On or about December 19, 2023, a forensic interviewer conducted an interview of a 17-year-old minor ("Victim-2"), who resides at an address in Illinois ("Address-1"). The interview was recorded and I watched the interview of Victim-2 as it occurred. During the interview, the interviewer showed Victim-2 printouts of some of the Snapchat communications recovered from Phone-1 that were exchanged between "jimc20237221" and User-1. Victim-2 identified himself as User-1 in the Snapchat messages and stated that the images he sent to "jimc20237221" were images of himself. He advised, in substance and in part, that he took and sent these images to "jimc2037221" at "jimc20237221"'s request and in exchange for "jimc20237221"'s promise of gifts. Victim-2 stated that he received only one gift, which was a Pokemon plush toy. Following the interview, Victim-2 provided the plush toy to law enforcement in Illinois, who provided it to the FBI in New York.

13. I have reviewed the Snapchat messages recovered from Phone-1 between "jimc20237221" and Victim-2. The messages sent by Victim-2 include a number of non-sexually explicit photos of Victim-2, as well as approximately 10 sexually explicit photographs and videos. Several of the sexually explicit videos of Victim-2 show Victim-2's face while others show only his genitals. On or about September 15, 2023, at approximately 11:09 a.m., Victim-2 provided "jimc20237221" with Address-1. At approximately 11:56 a.m., Victim-2 told "jimc20237221," "we can trade when you get home from work! that sound good?" A few seconds later, "jimc20237221" responded, "Sure."

14. Among the files recovered from Phone-1 that I reviewed are the following:

a. File name 3a0e4527-0dc7-4f8b-8af1-3709b2e1182a: This file is a video of a male laying on his back with his anus spread open and fingers opening the entrance of his anus. Victim-2 transmitted this video to "jimc20237221" at approximately 8:59 p.m. on September 16, 2023.

b. File name: fce77847-f638-4753-9576-ee43f1acb1ce: This photo depicts a hand holding a penis. There is blue underwear elastic visible below the penis. A television is visible in the background. Victim-2 transmitted this video to "jimc20237221" on September 21, 2023 at approximately 10:27 p.m.

c. File name: 0d45b3c9-b56a-48c6-88ff-eb3eb7ea7d30: This file is a video of Victim-2, whose face appears in the video, laying on his back with his legs pulled back and fingers spreading his anal opening. Victim-2 transmitted this video to "jimc20237221" on September 28, 2023 at approximately 1:09 a.m.

      d. File name: 0d45b3c9-b56a-48c6-88ff-eb3eb7ea7d30: This file is a video of a Victim-2, whose face is visible in the video, who is naked except for socks, with his penis exposed. Victim-2 transmitted this video to "jimc20237221" on September 29, 2023 at approximately 11:05 p.m.

    15.    Based on my review of the messages between Victim-2 and "jimc20237221," I am aware that, on September 16, 2023 at approximately 6:29 p.m., "jimc20237221" sent Victim-2 a photo of a bald male with a gray and white mustache wearing glasses ("Photo-1").

    16.    I have reviewed New York Motor Vehicle records ("Records") relating to JAMES COLLINS, Jr., the defendant. These records, which include a photo of COLLINS, indicate that COLLINS resides in Bedford Hills, New York and has a red Toyota Rav 4 ("Vehicle-1") registered in his name. The male depicted in the photo of COLLINS in the Records matches the male depicted in Photo-1.

    17.    As discussed above, NCPD detectives observed JAMES COLLINS, Jr., the defendant, arrive at Library-1 at approximately 3:42 p.m. on November 7, 2023. Based on my review of the Snapchat communications recovered from Phone-1, I am aware that "jimc20237221"'s communications with Victim-2 that day spanned from approximately 1:11 a.m. until approximately 2:46 p.m. I have reviewed License Plate Recognition reports ("Reports") that indicate that License Plate readers in Westchester County, New York detected Vehicle-1 on multiple occasions on November 7, 2023 between 6:54 a.m. and 2:28 p.m. Further, the Reports indicate that, on at least 290 occasions between September 15, 2023 and November 7, 2023, Vehicle-1 was detected in Westchester County. These occasions include multiple readings on September 16, 21, 28 and 29 – dates on which, as discussed above, Victim-2 transmitted sexually explicit images of himself to COLLINS. Accordingly, I believe that, on multiple occasions, COLLINS was in the Southern District of New York while communicating with Victim-2.

    WHEREFORE, the deponent respectfully requests that JAMES COLLINS, Jr., the defendant, be arrested and imprisoned or bailed, as the case may be.

                                                  _____
                                                 ERICA C. BUONOCORE
                                                 Special Agent
                                                 Federal Bureau of Investigations

Sworn to before me this
23rd day of January 2024

_____
THE HONORABLE JUDITH C. McCARTHY
United States Magistrate Judge
Southern District of New York