UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JAMES COLLINS, Jr.,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

24 Cr. 440 (NSR)

Upon the application of the United States of America, by and through Damian Williams, United States Attorney, Marcia S. Cohen, of counsel, and with the consent of JAMES COLLINS, Jr., by and through Kerry Lawrence, Esq., it is hereby ORDERED that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the defendant and his counsel and the Government to continue discussions with respect to a disposition. Accordingly, it is further ORDERED that the time between the date of this Order and January 24, 2025 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated:  White Plains, New York
         December 5, 2024

SO ORDERED.

_____
NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2024