UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JAMES COLLINS JR.,<br><br>Defendant. | 24 CR 440-01 (NSR)<br><br>RESCHEDULING ORDER |

NELSON S. ROMÁN, U.S.D.J.:

In light of defendant entering a potential guilty plea, **the IN-PERSON Status Conference is rescheduled from February 27, 2025 until March 6, 2025 at 10:00 am, without objection by the parties, in Courtroom 218**.

SO ORDERED.

Dated: February 19, 2025
       White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2025