# LAW OFFICE OF KERRY LAWRENCE, PLLC
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

June 7, 2025

**VIA ECF**
Honorable Nelson S. Román
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *USA v. James Collins*
        24-Cr-440 (NSR)

Dear Judge Román:

    I am writing, with the consent of the Government, to request that Mr. Collins's sentencing, presently scheduled for June 25 be adjourned to September 10. I will be on trial in Connecticut starting June 24.

    Thank you for the Court's consideration of this request.

Respectfully submitted,

s/ Kerry A. Lawrence

Kerry A. Lawrence

cc: AUSA Marcia Cohen
    (via email)