# LAW OFFICE OF KERRY LAWRENCE, PLLC
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

**MEMO ENDORSED**

June 7, 2025

**Deft's request to adjourn the June 25, 2025 Sentencing to Sept. 10, 2025 at 2:30 pm is GRANTED with the Govt's consent. Clerk of Court is requested to terminate the motion at ECF No. 46.**
**Dated: White Plains, NY**
**June 12, 2025**

**SO ORDERED:**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

<u>VIA ECF</u>
Honorable Nelson S. Román
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *USA v. James Collins*
24-Cr-440 (NSR)

Dear Judge Román:

I am writing, with the consent of the Government, to request that Mr. Collins's sentencing, presently scheduled for June 25 be adjourned to September 10. I will be on trial in Connecticut starting June 24.

Thank you for the Court's consideration of this request.

Respectfully submitted,

s/ Kerry A. Lawrence

Kerry A. Lawrence

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2025

cc: AUSA Marcia Cohen
(via email)