**MEMO ENDORSED**

LAW OFFICE OF KERRY LAWRENCE, PLLC
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

August 25, 2025

**Deft's request to adjourn the Sentencing from Sept. 10, 2025 until Oct. 24, 2025 at 2:15 pm is GRANTED with the Govt's consent. Clerk of Court is requested to terminate the motion at ECF No. 48.**
**Dated: White Plains, NY**
         **August 26, 2025**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**VIA ECF**
Honorable Nelson S. Román
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. James Collins,* 24-Cr-440 (NSR)

Dear Judge Román:

    I am writing, with the consent of the Government, to request that Mr. Collins's sentencing be adjourned from September 10, 2025, to October 24, 2025. The purpose of the adjournment is to allow for revisions to be made to a forensic evaluation that was prepared in this case.

    Thank you for the Court's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

cc: AUSA Marcia Cohen (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2025