**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

United States District Courthouse
50 Main Street – Suite 1100
White Plains, New York 10606

October 22, 2025

Honorable Nelson S. Román
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    United States v. James Collins, Jr.
          24 Cr. 440 (NSR)

Dear Judge Román:

    The Government writes to request that the sentencing scheduled for October 24, 2025 be adjourned to October 31, 2025 at 10:00 a.m. The adjournment is necessary because the Government has a scheduling conflict. Kerry Lawrence, Esq., counsel for the defendant, consents to this request.

    Respectfully,
    JAY CLAYTON
    United States Attorney

    By: _____
        Marcia S. Cohen
        Assistant U.S. Attorney
        (914) 993-1902

cc:    Kerry Lawrence, Esq.

**In light of a scheduling conflict, the Government's request to adjourn the Sentencing from Oct. 24, 2025 to Oct. 31, 2025 at 10:00 am is GRANTED with Defendant's consent.**
**Dated: White Plains, NY**
      **October 22, 2025**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2025