```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____3/11/2026____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

             - v. -

JAMES COLLINS, JR.,

                      Defendant.

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – X

ORDER OF RESTITUTION

S1 24 Cr. 440 (NSR)

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Marcia S. Cohen, Assistant United States Attorney, of counsel; and with the consent of JAMES COLLINS, JR., the Defendant, by and through his attorney, Kerry Lawrence, Esq.; and upon consideration of the Presentence Report; the Plea Agreement, the sentencing submissions, all other proceedings in this case, and the factors set forth in Title 18, United States Code, Section 3663, 3663A, and 3664, it is hereby **ORDERED** that:

1.     **Amount of Restitution**

JAMES COLLINS, JR., the defendant, shall pay restitution in the total amount of **$49,761.74**, pursuant to 18 U.S.C. §§ 2429, 3663, 3663A, and 3664, to the victim of the offense charged in Count One. The name and address for the victim and the amount owed to the victim is set forth in the Restitution Schedule, attached hereto as Schedule A. Upon advice of a change of address of the victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

2.     **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial

resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant will commence monthly installment payments of not less than $300, payable on the 1st of each month, except that while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n).

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

3.      **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611.   The defendant shall write his name and the docket number of this case on each check or money order.

4.    **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5.    **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).    Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6.    **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victim, the Restitution Schedule, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or

disclosed to the listed victim, the Government, the investigating agency, the Clerk's Office, and

the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

**SO ORDERED:**

_____
HONORABLE NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

3/11/2026
DATE

# SCHEDULE A

**(filed under seal)**